| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) King, Robert B | 2. Court or Organization U.S. Court of Appeals, 4th Cir | 3. Date of Report 05/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. Circuit Judge - Active | 5. ReportType (check appropriate type) ● Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address 300 Virginia Street, East Suite 7602 Charleston, WV 25301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ▮▮▮▮▮▮▮ Children Education Trust, United National Bank (corporate Trustee), Charleston, WV |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 14 P 12 44 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2003 | CamCare Health Education & Research Institute, Inc. (C.H.E.R.I, inc) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CitiMortgage, Inc. | Real Estate Loan | L |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. TimeWarner Inc (fna AOL TimeWarner Inc.) (com) | | None | M | T | Partial Sale | 6/30 | K | B | |
| 2. TimeWarner Inc (fna AOL TimeWarner Inc.) (com) | | | | | Partial Sale | 10/2 | K | B | |
| 3. Time Warner Inc. (fna AOL TimeWarner) (com) | | | | | Buy | 12/18 | J | | |
| 4. Cisco Systems Inc (com) | | None | M | T | Buy | 4/15 | J | | |
| 5. Cisco Systems Inc (com) | | | | | Partial Sale | 4/28 | J | A | |
| 6. Cisco Systems Inc (com) | | | | | Partial Sale | 6/16 | J | D | |
| 7. Cisco Systems Inc. (com) | | | | | Partial Sale | 6/30 | K | D | |
| 8. Cisco Systems Inc (com) | | | | | Buy | 12/18 | J | | |
| 9. Dell Computer Corp (com) | | None | K | T | Buy | 12/18 | J | | |
| 10. Duke Energy Corp (Pfd) | A | Dividend | K | T | Buy | 1/13 | K | | |
| 11. Duke Energy Corp (Pfd) | | | | | Sold | 5/27 | J | | |
| 12. Duke Energy Corp (com) | A | Dividend | K | T | Buy | 3/27 | K | | |
| 13. Duke Energy Corp (com) | | | | | Sold | 5/27 | K | C | |
| 14. Gillette Co. (com) | A | Dividend | L | T | Buy | 10/02 | K | | |
| 15. Gillette Co. (com) | | | | | Buy | 12/18 | K | | |
| 16. Intel Corp (com) | A | Dividend | L | T | Buy | 4/01 | K | | |
| 17. Intel Corp. (com) | | | | | Partial Sale | 4/24 | K | B | |
| 18. Intel Corp. (com) | | | | | Partial Sale | 6/12 | J | D | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Microsoft Corp (com) | A | Dividend | M | T | Buy | 1/29 | J | | |
| 20. Microsoft Corp. (com) | | | | | Buy | 4/15 | J | | |
| 21. Microsoft Corp. (com) | | | | | Buy | 5/27 | K | | |
| 22. Microsoft Corp. (com) | | | | | Buy | 10/2 | J | | |
| 23. Microsoft Corp. (com) | | | | | Buy | 12/18 | J | | |
| 24. Microsoft Corp. (com) | | | | | Partial Sale | 6/23 | K | D | |
| 25. Microsoft Corp. (com) | | | | | Partial Sale | 6/30 | K | B | |
| 26. Microsoft Corp. (com) | | | | | Partial Sale | 8/28 | J | | |
| 27. Marathon Oil Corp. (com) | A | Dividend | K | T | Buy | 4/30 | K | | |
| 28. Marathon Oil Corp. (com) | | | | | Sold | 10/02 | K | D | |
| 29. RF Micro Devices Inc. (com) | | None | K | T | Buy | 5/20 | J | | |
| 30. RF Micro Devices Inc. (com) | | | | | Sold | 8/28 | J | | |
| 31. RF Micro Devices Inc. (com) | | | | | Sold | 11/21 | J | | |
| 32. RF Micro Devices Inc. (com) | | | | | Buy | 12/18 | K | | |
| 33. Sun Micro Systems Inc. (com) | | None | L | T | | | | | |
| 34. Wells Fargo & Co. (com) | B | Dividend | L | T | Buy | 12/18 | L | | |
| 35. Yahoo Inc. (com) | | None | K | T | Partial Sale | 6/16 | J | D | |
| 36. Yahoo Inc. (com) | | | | | Buy | 12/18 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Morgan Stanley Dean Witter & Co. (com) | C | Dividend | M | T | Buy | 1/29 | K | | |
| 38. Morgan Stanley Dean Witter & Co. (com) | | | | | Partial Sale | 6/16 | J | A | |
| 39. Morgan Stanley Dean Witter & Co. (com) | | | | | Partial Sale | 10/2 | J | D | |
| 40. Morgan Stanley Dean Witter & Co. (com) | | | | | Buy | 12/18 | K | | |
| 41. Starbucks (com) | | None | J | T | Buy | 12/29 | J | | |
| 42. TimeWarner, Inc. Debs - Reg 8.18% int. Mat. 8/15/2007 | A | Interest | J | T | Buy | 12/17 | D | | |
| 43. TimeWarner Ent.Co. & LP Sr. Notes 8.875% Mat. 10/01/2012 | A | interest | J | T | Sold | 2/26 | J | A | |
| 44. AOL TimeWarner, Inc. (com) | | None | J | T | | | | | |
| 45. Cisco Systems, Inc. (com) | | None | J | T | | | | | |
| 46. Dell Computer Corp. (com) | | None | J | T | | | | | |
| 47. E.I. DuPont De Nemours & Co. (com) | A | Dividend | J | T | | | | | |
| 48. Federal Home Loan Corp. (com) | A | Dividend | J | T | | | | | |
| 49. Medco Health Solutions (Acquired Merck & Co. on 8/19) (com) | A | Dividend | J | T | Sold | 10/3 | J | A | |
| 50. Oil and Gas Interests, Tyler and other counties, WV: | | | | | | | | | |
| 51. a. East Resources Inc. | B | Dividend | J | W | | | | | |
| 52. b. Ergon Oil Purchasing | A | Dividend | J | W | | | | | |
| 53. c. Dominion Appalachian Dev. Inc. | A | Dividend | J | W | | | | | |
| 54. ▓▓▓▓▓ Children Education Trust (as follows): | B | Interest/Div | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. a. Fidelity Advisor Gov. Investment 167 | | | | | | | | | |
| 56. b. Fidelity Advisor Intermediate Bond 287 | | | | | | | | | |
| 57. c. UNB Discretionary Common Trust Fund | | | | | | | | | |
| 58. d. UNB Liquid Asset Fund | | | | | | | | | |
| 59. e. Primco Total Return Fund | | | | | | | | | |
| 60. f. S&P Midcap 400 Dep Recpts U/T | | | | | | | | | |
| 61. g. Note from Beneficiary dated 1/1/99 | | | | | | | | | |
| 62. h. Note from Beneficiary dated 6/6/00 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 13 May 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544